**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

PLANNED PARENTHOOD ARKANSAS &                          PLAINTIFFS
EASTERN OKLAHOMA, d/b/a PLANNED
PARENTHOOD OF THE HEARTLAND;
and STEPHANIE HO, M.D., on behalf of
themselves and their patients


v.                          NO.  4:15CV00784


LARRY JEGLEY, Prosecuting Attorney for
Pulaski County, in his official capacity, his
agents, and successors; and MATT DURRETT,
Prosecuting Attorney for Washington County,
in his official capacity, his agents, and successors                          DEFENDANTS

## ORDER OF TRANSFER

The above styled case was randomly assigned to the docket of United States District Judge

J. Leon Holmes on December 28, 2015.  Judge Holmes is recusing to avoid the appearance of

impropriety.  The Court directs the Clerk to assign this action to another judge.

Dated this 28th day of December, 2015.


AT THE DIRECTION OF THE COURT
JAMES W. McCORMACK, CLERK

BY: /s/ Cory Wilkins
        Courtroom Deputy to
        U.S. District Judge J. Leon Holmes