**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

| | |
|---|---|
| PLANNED PARENTHOOD ARKANSAS & EASTERN OKLAHOMA, d/b/a PLANNED PARENTHOOD OF THE HEARTLAND; and STEPHANIE HO, M.D., on behalf of themselves and their patients | PLAINTIFFS |
| v.        NO.  4:15CV00784 | |
| LARRY JEGLEY, Prosecuting Attorney for Pulaski County, in his official capacity, his agents, and successors; and MATT DURRETT, Prosecuting Attorney for Washington County, in his official capacity, his agents, and successors | DEFENDANTS |

## ORDER OF TRANSFER

The above styled case was randomly assigned to the docket of United States District Judge J. Leon Holmes on December 28, 2015.  Judge Holmes is recusing to avoid the appearance of impropriety.  The Court directs the Clerk to assign this action to another judge.

Dated this 28th day of December, 2015.

AT THE DIRECTION OF THE COURT
JAMES W. McCORMACK, CLERK

BY: /s/ Cory Wilkins
    Courtroom Deputy to
    U.S. District Judge J. Leon Holmes