**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

PLANNED PARENTHOOD ARKANSAS &  PLAINTIFFS
EASTERN OKLAHOMA, d/b/a PLANNED
PARENTHOOD OF THE HEARTLAND;
and STEPHANIE HO, M.D., on behalf of
themselves and their patients

v.                          NO.  4:15CV00784

LARRY JEGLEY, Prosecuting Attorney for
Pulaski County, in his official capacity, his
agents, and successors; and MATT DURRETT,
Prosecuting Attorney for Washington County,
in his official capacity, his agents, and successors    DEFENDANTS

**ORDER OF TRANSFER**

The above styled case was randomly assigned to the docket of United States District Judge Susan Webber Wright on December 28, 2015.  Judge Wright is recusing due to senior status.  The Court directs the Clerk to assign this action to another judge.

Dated this 28th day of December, 2015.


/s/ Susan Webber Wright
UNITED STATES DISTRICT JUDGE