IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**PLANNED PARENTHOOD OF ARKANSAS**     **PLAINTIFFS**
**AND EASTERN OKLAHOMA, d/b/a**
**PLANNED PARENTHOOD GREAT PLAINS; and**
**STEPHANIE HO, M.D.,** on behalf of
themselves and their patients

v.     Case No. 4:15-cv-00784-KGB

**LARRY JEGLEY,** Prosecuting Attorney for
Pulaski County, in his official capacity, his
agents and successors; and **MATT DURRETT,**
Prosecuting Attorney for Washington County,
in his official capacity, his agents and
successors     **DEFENDANTS**

## ORDER

On March 27, 2019, the Court entered an Order staying this action until May 26, 2019 (Dkt. No. 183). As that date has passed and because no party has requested an extension of the stay, the stay is lifted.

So ordered this 27th day of June 2019.

Kristine G. Baker
United States District Judge