IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**PLANNED PARENTHOOD OF ARKANSAS**     **PLAINTIFFS**
**AND EASTERN OKLAHOMA, d/b/a**
**PLANNED PARENTHOOD GREAT PLAINS; and**
**STEPHANIE HO, M.D.**, on behalf of
themselves and their patients

v.     Case No. 4:15-cv-00784-KGB

**LARRY JEGLEY**, Prosecuting Attorney for
Pulaski County, in his official capacity, his
agents and successors; and **MATT DURRETT**,
Prosecuting Attorney for Washington County,
in his official capacity, his agents and
successors     **DEFENDANTS**

## ORDER

Before the Court is plaintiffs' unopposed motion to dismiss without prejudice (Dkt. No. 187). Defendants do not oppose the motion (*Id*.). For good cause show, the Court grants the unopposed motion to dismiss without prejudice. Plaintiffs' amended complaint is dismissed without prejudice (Dkt. No. 184).

It is so ordered this 2nd day of August, 2022.

_____
Kristine G. Baker
United States District Judge